UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                              :

NAUTILUS INSURANCE COMPANY,     :
                      Plaintiff,     :
                              :          21 Civ. 9087 (LGS)
         -against-         :
                              :          ORDER
CHEMTOOL INCORPORATED HOLIAN    :
INSULATION COMPANY, INC,       :
                   Defendant.   X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for **February 16**, 2022;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the February 16, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: February 10, 2022
      New York, New York

                                  LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE